No. 410, Misc.   GLANCY *v.* CALIFORNIA.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.

No. 411, Misc.   FINE *v.* VIRGINIA.   Supreme Court of Appeals of Virginia.   Certiorari denied.   *Roland D. Hartshorn* for petitioner.   *Robert Y. Button,* Attorney General of Virginia, *Ralph G. Louk* and *Donald C. Crounse* for respondent.

No. 413, Misc.   MIX *v.* GLADDEN, WARDEN.   Supreme Court of Oregon.   Certiorari denied.

No. 423, Misc.   HARRIS *v.* MINNESOTA.   Supreme Court of Minnesota.   Certiorari denied.   *John S. Connolly* for petitioner.   *Walter F. Mondale,* Attorney General of Minnesota, and *Linus J. Hammond,* Assistant Attorney General, for respondent.

No. 446, Misc.   MILLS *v.* ALABAMA.   Supreme Court of Alabama.   Certiorari denied.   Petitioner *pro se.* *Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 435, Misc.   GOODSAID *v.* DISTRICT OF COLUMBIA.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.* *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondent.

No. 437, Misc.   WEBSTER *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se.* *Frank D. O'Connor* and *Benj. J. Jacobson* for respondent.